JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

FENGRUI CAO,
Petitioner,
v.
WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,
Respondents.

No. 5:26-cv-05312-BFM

**JUDGMENT**

On September 22, 2026, the Court issued an order granting the petition and ordered Petitioner Fengrui Cao (A# 235-646-008) immediately released on reasonable conditions. (ECF 12 at 4.) Petitioner's counsel reports that Petitioner has been released from Respondents' custody. (ECF 13 at 1.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: September 23, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE